**IT IS ORDERED as set forth below:**

Date: May 13, 2011

_____
Joyce Bihary
U.S. Bankruptcy Court Chief Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-89687 - JB |
| RANDALL HAROLD LYONS,<br>    Debtor. | CHAPTER 13 |
| U.S. BANK, N.A.,<br>    Movant. | |
| v. | CONTESTED MATTER |
| RANDALL HAROLD LYONS,<br>MARY IDA TOWNSON, ESQ., Trustee,<br>    Respondents. | |

**ORDER ON MOTION FOR RELIEF FROM STAY**

Movant filed a Motion for Relief from Stay March 7, 2011, together with a Notice of Hearing set for May 3, 2011 (Doc. No. 25), regarding Debtor's real estate located at 35 Fairview Commons Drive, Covington, GA 30016 (the "Property") and contends service was proper upon

the above-captioned Respondents. Respondents did not oppose Movant's Motion; accordingly, it is hereby

ORDERED that Movant's Motion for Relief from Stay is GRANTED: the automatic stay of 11 U.S.C. §362 (a) pertaining to the Property is modified to allow Movant to exercise its rights under the power of sale provisions contained in the Security Deed and as provided for by the laws of the State of Georgia including, but not limited to, advertising to effectuate a foreclosure sale at the earliest possible date and gaining possession of the Property; provided, however, that any proceeds resulting from the disposition of the Property in excess of the lawful claim of Movant under its Note and Security Deed and any excess funds due to a subordinate lienholder under state law shall be promptly remitted to the Trustee for the benefit of the Estate. The Trustee is to cease funding the pre-petition arrearage claim. It is further

ORDERED that the stay of Rule 4001(a)(3) is modified so that Movant may immediately proceed under this Order.

[END OF DOCUMENT]

**PRESENTED BY:**

By: /s/Anthony Maselli
Anthony Maselli
Georgia Bar Number 558670
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA  30346
770-392-0303
amaselli@penderlaw.com
Attorney for Movant
Firm File Number: 10-11513

**NO OPPOSITION:**
By: /s/Sonya M. Buckley
Attorney for the Chapter 13 Trustee
Mary Ida Townson, Esq.
Georgia Bar No. 140987
Signed by Anthony Maselli
with Express permission
Chapter 13 Trustee
100 Peachtree St., NW
Ste. 2700 Equitable Bldg.
Atlanta, GA  30303
404-525-1110
Trustee

DISTRIBUTION LIST

Mary Ida Townson, Esq.  
Chapter 13 Trustee  
100 Peachtree St., NW  
Ste. 2700 Equitable Bldg.  
Atlanta, GA  30303  

E. L. Clark, Clark  
Clark & Washington, P.C.  
3300 Northeast Expwy.  
Bldg.3, Ste. A  
Atlanta, GA  30341  

Randall Harold Lyons  
35 Fairview Commons Drive  
Covington, GA  30016  

Anthony Maselli  
Pendergast  & Associates, P.C.  
South Terraces, Suite 1000  
115 Perimeter Center Place  
Atlanta, GA  30346